**UNITED STATES OF AMERICA,**

*Plaintiffs*,

v.

**$115,032.50 IN UNITED STATES CURRENCY,**

*Defendants.*

Civil Action No. 16-1471(MCA)

**ORDER**

       **THIS MATTER** comes before the Court by way of the Court's February 14, 2019 Order to Show Cause directing Claimant, Matthew Shane Robinson, to show cause in writing why his claim should not be dismissed pursuant to Federal Rules of Civil Procedure 16(f) and 37, ECF. No. 24;

       and it appearing that Judge Hammer issued a Report and Recommendation dated April 10, 2019 in which Judge Hammer recommended that this Court dismiss Claimant's claim with prejudice; and

       it appearing that neither Defendant nor Plaintiff have filed any objections to the Report and Recommendation; and

       it appearing that for the reasons set forth in Judge Hammer's Report and Recommendation;

       **IT IS** on this 30th day of April, 2019,

       **ORDERED** that Judge Hammer's Report and Recommendation dated April 10, 2019 is **ADOPTED** and case is dismissed with prejudice.

*/s Madeline Cox Arleo*
**Hon. Madeline Cox Arleo**
**United States District Judge**